UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BARDWIL INDUSTRIES INCORPORATED and
GEORGE C. BARDWIL,

                     Plaintiffs,                                    19 **CIVIL** 8211 (NRB)

            -against-                                        **JUDGMENT**

ALAN F. KENNEDY, RONALD J.
TASSELLO, and FREDERICK M. ROGERS,

                     Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Memorandum and Order dated September 21, 2020, Kennedy and Tassello's motion for judgment on the pleadings is granted and the court dismisses plaintiff's claims with prejudice.

**Dated:**  New York, New York
           September 22, 2020

                                                                **RUBY J. KRAJICK**
                                                                  _____
                                                                    Clerk of Court
                                          **BY:**
                                                                        **Deputy Clerk**